NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

In re: **VINODH RAGHUBIR,**

*Petitioner*

2020-128

On Petition for Writ of Mandamus to the United States Court of Federal Claims in No. 1:20-cv-00388-EGB, Senior Judge Eric G. Bruggink.

**ON PETITION**

PER CURIAM.

**O R D E R**

Vinodh Raghubir currently has a case pending before the United States Court of Federal Claims. He now petitions for a writ of prohibition, asking this court to "prohibit conduct pursuant to 'the conspiracy to predetermine the outcome of judicial proceedings' throughout proceedings now involving the Federal Court of Claims."

Like a writ of mandamus, a writ of prohibition is a drastic remedy that is available only when a petitioner has a clear and indisputable right to relief and no adequate alternative legal channels through which to obtain that relief. *See Cheney v. U.S. Dist. Court for the Dist. of*

*Columbia*, 542 U.S. 367, 380–81 (2004); *In re Missouri*, 664 F.2d 178, 180 (8th Cir. 1981). Mr. Raghubir has not demonstrated that an appeal from an eventual final judgment of the Court of Federal Claims would be inadequate or that he has a clear and indisputable right to relief.

Accordingly,

IT IS ORDERED THAT:

The petition is denied.

FOR THE COURT

June 18, 2020                  /s/ Peter R. Marksteiner
       Date                    Peter R. Marksteiner
                               Clerk of Court

s24